JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** HSI

**City** Springfield

**County** Hampden

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. 23cr30016

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number ______

Search Warrant Case Number 20-3002; 19-3226, 3141, 3140

R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Bairon Ubeda Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Springfield, Massachusetts

Birth date (Yr only): 1980 SSN (last4#): 8679 Sex M Race: WHITE Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Michael Mazur Bar Number if applicable NJ Bar# 905492012

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.

☑ Already in State Custody at North Central Corr. Fac. ☑ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 12/08/2022 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Bairon Ubeda

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2251(a) and (e) | Sexual Exploitation of a Child | 1 |
| Set 2 | 18 USC 2252A(a)(2) | Receipt of Child Pornography | 2 |
| Set 3 | 18 USC 2252A(a)(5)(B) | Possession of Child Pornography | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______