Verdict read
3:55 pm
8·21·25

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAIRON UBEDA,<br><br>Defendant. | Case No. 23-cr-30016-BEM |

## VERDICT FORM

**JURY VERDICT**

We, the jury, find the defendant, Bairon Ubeda:

**Count One:**

Exploitation of a Child (Production of Child Pornography)
18 U.S.C. §§ 2251(a) and (e)

____ Not Guilty   __X__ Guilty

**Count Two:**

Receipt of Child Pornography
18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

____ Not Guilty   __X__ Guilty

**Count Three:**

Possession of Child Pornography
18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)

____ Not Guilty   __X__ Guilty

I certify that the verdict is unanimous.

[signature]
Signature

Timothy Stanley
Foreperson

8/21/25
Date